UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZONGBO ZHU,

                      Petitioner,

       -against-

KENNETH GENALO, Director of ICE New
York City Field Office, KRISTI NOEM, in her
official capacity as Secretary of the U.S.
Department of Homeland Security, and
PAMELA BONDI, in her official capacity as
U.S. Attorney General,

                     Respondents.

Case No. 1:25-cv-06523 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Respondents have certified compliance with the Court's order. *See* Dkt. 14.

Accordingly, the Court respectfully directs the Clerk of Court to CLOSE this case.

Dated: July 9, 2026
      New York, New York

                         SO ORDERED.

                         JENNIFER L. ROCHON
                         United States District Judge